IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**BRENDA L. HUDDLESTON,**

        Plaintiff,

   v.

**COMMISSONER, SOCIAL SECURITY ADMINISTRATION**,

        Defendant.

No. 6:15-cv-01660-SB

OPINION AND ORDER

**MOSMAN, J.**,

On January 10, 2017, Magistrate Judge Stacie F. Beckerman issued her Findings and Recommendation ("F&R") [25], recommending that the Commissioner's decision should be REVERSED and REMANDED for an immediate award of benefits. Neither party objected to the F&R.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of

the magistrate judge as to those portions of the F&R to which no objections are addressed.  *See*

*Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121

(9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R

depends on whether or not objections have been filed, in either case, I am free to accept, reject,

or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon careful review, I agree with Judge Beckerman's recommendation and I ADOPT the

F&R [25] as my own opinion.  The Commissioner's decision is REVERSED and REMANDED

for immediate calculation and payment of benefits.

IT IS SO ORDERED.

DATED this   8th   day of February, 2017.

/s/ Michael W. Mosman_____
MICHAEL W. MOSMAN
Chief United States District Judge

2 – OPINION AND ORDER